AO 240 (Rev. 6/86) Application to Proceed

COPY

# United States District Court

_middle_ DISTRICT OF _Pennsylvania_

Phan Hue,

v.

James Updike, et al.,

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **1:CV01-1064**

I, _Phan Hue_, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [x] _42 U.S.C. § 1983_ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows: _Violation of the 8th Amendment to the U.S. Constitution; Violation of the 1st Amendment to the U.S. Constitution through the 14th Amendment to the U.S. Constitution._

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐  No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐  No ☑
   b. Rent payments, interest or dividends?   Yes ☐  No ☑
   c. Pensions, annuities or life insurance payments?   Yes ☐  No ☑
   d. Gifts or inheritances?   Yes ☐  No ☑
   e. Any other sources?   Yes ☐  No ☑

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   ☒ Yes   ☐ No   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   $700.00

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   ☐ Yes   ☒ No

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-10-2001                    _____
                (Date)                         Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 695.43 on account to his credit at the   SCI-RETREAT   institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:

_____

I further certify that during the last six months the applicant's average balance was $ 484.58  COPY OF ACCOUNT FOR PAST SIX MONTHS ATTACHED

_____Marlee Shook_____
              Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. | The application is hereby denied |
|---|---|
| _____ _____ United States Judge   Date | _____ _____ United States Judge   Date |
| United States Judge or Magistrate | |

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM           RUN       IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING          DATE    6/12/2001
REMOTE PRINT TIME   8:04                 FROM ACTIVE FILE             PAGE           1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DY0577 | PHAN | HUE | | 458.50 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9104 | 04-05-2001 | 34 | RADIO/TV 1/2 BASIC CABLE TV SERVICE | -7.63 | 450.87 |
| 1122 | 04-06-2001 | 11 | INDUSTRIES PAYROLL C.I. LAUNDRY PAYROLL/MARCH | 74.49 | 525.36 |
| 8100 | 04-10-2001 | 32 | RET COMMISSARY FOR 4/10/2001 | -28.88 | 496.48 |
| 1114 | 04-18-2001 | 37 | POSTAGE POSTAGE FOR 4-18 | -.80 | 495.68 |
| 1114 | 04-18-2001 | 37 | POSTAGE POSTAGE FOR 4-18 | -.80 | 494.88 |
| 1114 | 04-18-2001 | 37 | POSTAGE POSTAGE FOR 4-18 | -.80 | 494.08 |
| 8122 | 05-02-2001 | 32 | RET COMMISSARY FOR 5/02/2001 | -39.73 | 454.35 |
| 9105 | 05-03-2001 | 34 | RADIO/TV 1/2 BASIC CABLE TV SERVICE | -7.63 | 446.72 |
| 1162 | 05-07-2001 | 11 | INDUSTRIES PAYROLL '.I. LAUNDRY PAYROLL/APRIL | 73.20 | 519.92 |
| 1169 | 05-11-2001 | 37 | POSTAGE POSTAGE FOR 5-11 | -.80 | 519.12 |
| 8142 | 05-22-2001 | 32 | RET COMMISSARY FOR 5/22/2001 | -16.87 | 502.25 |
| 1178 | 05-29-2001 | 13 | PERSONAL GIFT FROM H TRAN | 10.00 | 512.25 |
| 1178 | 05-29-2001 | 13 | PERSONAL GIFT FROM HOA TRAN | 10.00 | 522.25 |
| 1178 | 05-29-2001 | 13 | PERSONAL GIFT FROM HOA TRAN | 100.00 | 622.25 |
| 9106 | 06-07-2001 | 34 | RADIO/TV 1/2 BASIC CABLE TV SERVICE | -7.63 | 614.62 |
| 1199 | 06-08-2001 | 11 | INDUSTRIES PAYROLL C.I. LAUNDRY MAY 2001 PAYROLL | 80.80 | 695.42 |

BALANCE AFTER THESE TRANSACTIONS------>      695.42

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM         RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING        DATE   6/12/2001
REMOTE PRINT TIME   8:04             FROM PURGE FILE             PAGE           1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DY0577 | PHAN | HUE | | 415.21 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 997 | 01-02-2001 | 13 | PERSONAL GIFT FROM HOA TRAN | 100.00 | 515.21 |
| 8002 | 01-02-2001 | 32 | RET COMMISSARY FOR 1/02/2001 | -23.84 | 491.37 |
| 1005 | 01-05-2001 | 35 | DENTAL/GLASSES EYEGLASSES/LENS,FRAMES,PHOTOGR | -40.00 | 451.37 |
| 8009 | 01-09-2001 | 32 | RET COMMISSARY FOR 1/09/2001 | -3.77 | 447.60 |
| 1013 | 01-11-2001 | 10 | MAINTENANCE PAYROLL PAYROLL FOR DECEMBER 2000 | 40.72 | 488.32 |
| 9101 | 01-11-2001 | 34 | RADIO/TV 1/2 BASIC CABLE TV SERVICE | -7.63 | 480.69 |
| 1048 | 02-08-2001 | 10 | MAINTENANCE PAYROLL PAYROLL FOR JANUARY 2001 | 38.12 | 518.81 |
| 9102 | 02-08-2001 | 34 | RADIO/TV 1/2 BASIC CABLE TV SERVICE | -7.63 | 511.18 |
| 1031 | 02-12-2001 | 37 | POSTAGE POSTAGE FOR 2-12 | -.80 | 510.38 |
| 8045 | 02-14-2001 | 32 | RET COMMISSARY FOR 2/14/2001 | -41.96 | 468.42 |
| 1041 | 02-20-2001 | 36 | PRINTED MATERIALS VENDACARD | -5.00 | 463.42 |
| 1031 | 02-20-2001 | 37 | POSTAGE POSTAGE FOR 2-20 | -.80 | 462.62 |
| 1031 | 02-23-2001 | 37 | POSTAGE POSTAGE FOR 2-23 | -.55 | 462.07 |
| 1031 | 02-23-2001 | 37 | POSTAGE POSTAGE FOR 2-23 | -.55 | 461.52 |
| 1031 | 02-23-2001 | 37 | POSTAGE POSTAGE FOR 2-23 | -.55 | 460.97 |
| 1031 | 02-23-2001 | 37 | POSTAGE POSTAGE FOR 2-23 | -.55 | 460.42 |
| 1074 | 02-27-2001 | 31 | OUTSIDE PURCHASES RADIO VICION CRISTIANA | -10.00 | 450.42 |
| 8058 | 02-27-2001 | 32 | RET COMMISSARY FOR 2/27/2001 | -13.65 | 436.77 |
| 1090 | 03-08-2001 | 11 | INDUSTRIES PAYROLL C.I. LAUNDRY PAYROLL-FEBRUARY | 54.02 | 490.79 |
| 9103 | 03-08-2001 | 34 | RADIO/TV 1/2 BASIC CABLE TV SERVICE | -7.63 | 483.16 |
| 1088 | 03-09-2001 | 10 | MAINTENANCE PAYROLL PAYROLL FOR FEBRUARY | 2.63 | 485.79 |
| 8072 | 03-13-2001 | 32 | RET COMMISSARY FOR 3/13/2001 | -27.29 | 458.50 |

```
                      BALANCE AFTER THESE TRANSACTIONS------>        458.50
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN     IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE    6/12/2001
REMOTE PRINT TIME  8:04             FROM PURGE FILE            PAGE          1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DY0577 | PHAN | HUE | | 354.00 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 9010 | 10-05-2000 | 34 | RADIO/TV | | |
| | | | 1/2 BASIC CABLE TV SERVICE | -7.63 | 346.37 |
| 892 | 10-06-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | PAYROLL FOR SEPTEMBER 2000 | 17.05 | 363.42 |
| 907 | 10-17-2000 | 14 | MISCELLANEOUS | | |
| | | | CASH AWARD I.M. SOCCER CHAMPS | 12.00 | 375.42 |
| 8313 | 11-08-2000 | 32 | RET COMMISSARY | | |
| | | | FOR 11/08/2000 | -26.68 | 348.74 |
| 933 | 11-09-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | PAYROLL FOR OCTOBER 2000 | 35.16 | 383.90 |
| 9011 | 11-09-2000 | 34 | RADIO/TV | | |
| | | | 1/2 BASIC CABLE TV SERVICE | -7.63 | 376.27 |
| 8333 | 11-28-2000 | 32 | RET COMMISSARY | | |
| | | | FOR 11/28/2000 | -21.60 | 354.67 |
| 9012 | 12-07-2000 | 34 | RADIO/TV | -7.63 | 347.04 |
| 974 | 12-11-2000 | 10 | MAINTENANCE PAYROLL | | |
| | | | PAYROLL FOR NOVEMBER 2000 | 37.90 | 384.94 |
| 969 | 12-12-2000 | 13 | PERSONAL GIFT FROM | | |
| | | | PHUOC LE | 50.00 | 434.94 |
| 981 | 12-18-2000 | 37 | POSTAGE | | |
| | | | POSTAGE FOR 12-18 | -.60 | 434.34 |
| 8354 | 12-19-2000 | 32 | RET COMMISSARY | | |
| | | | FOR 12/19/2000 | -19.13 | 415.21 |
| | | | BALANCE AFTER THESE TRANSACTIONS------> | | 415.21 |