**FILED**
HARRISBURG, PA

JUL 3 1 2001

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

**AUTHORIZATION**
(Prisoner's Account Only)

1:01-CV-1064
JKane/

> **NOTE:** Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __Phan Hue_____, request and authorize the agency holding m[e in] custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylva[nia] a certified copy of the statement for the past six months of my trust fund account (or instituti[onal] equivalent) at the institution where I am incarcerated. I further request and authorize the agency hol[ding] me in custody to calculate and disburse funds from my trust account (or institutional equivalent) i[n] amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand [that] the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be dedu[cted] from my account regardless of the outcome of my civil action. This authorization shall apply to any [other] agency into whose custody I may be transferred.

Date: __July 29th__, 2001.

_____
Signature of Prisoner