1:01 CV-1064

(8)

KM
10/24/01

```
    arcptrece            CFS-1 V0.2 -
 -Pennsylvania Middle   22 OCT 2001 - 13
    2
    AAADD                            Recei
 pt Maintenance
    REGISTER NO    :333
    RECEIPT NO     :85591
    RECEIPT SUB NO :0       RECEIPT TYP
 E: AR  RECEIPT DATE:10/22/01
    TENDER TYPE:2           RECEIPT AMT
    :              9.82
    FUND       :0869PL  CASE NO:
    PAYMENT TYPE:
                        DEFENDANT:
                        BANK CODE:
 BANK ACCOUNT:
    VOUCHER NO :        PAYOR NO:01-10
 64 PHAN HUE
    SUB VOUCHER :       VENDOR INV:011
 0642
    FY:     BUDGET ORG:         BUDGET O
 BJ CLASS:   SUB OBJ CLASS:
             COST ORG :         REVENUE
 SOURCE  :
    REMARKS:SCI-RETREAT 660 STATE RT 11
 HUNLOCK CREEK, PA 18621
    REMARKS:PARTIAL FILING-CV-10
 64 PHAN HUE
                                POSTED D
 ATE:**/**/**   ERR CODE:A
                    OCT 22 2001
    PER_____
         DEPUTY CLERK
```

FILED
SCRANTON

Refer
Judge Kane - HB
Mag. Smyser - HB

NAME: Than, Hul

DOC#: DY-0577

CIVIL #: 1:01-CV-01064

## UNITED STATES DISTRICT COURT

"Clerk, U.S. District Court"
P.O. Box 1148
Scranton, Pa. 18501-1148

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

$150.00

| DATE | BATCH # | DESCRIPTION | PAYMENT | BALANCE |
|---|---|---|---|---|
| 9-14-01 | 1314 | Check # 67961 | 140.18 | $ 9.82 |
| 10-12-01 | 1355 | Check # 68237 | 9.82 | 0.00 |

0869

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 24, 2001

Re: 1:01-cv-01064   Hue v. Updike

True and correct copies of the attached were mailed by the clerk to the following:

Phan Hue
SCI-RETREAT
DY-0577
660 State Route 11
Hunlock Creek, PA  18621

cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )

Standard Order 93-5            ( )
Order to Show Cause            ( )

Bankruptcy Court               ( )
Other _____   ( )

( ) Pro Se Law Clerk
( ) INS
( ) Jury Clerk

with N/C attached to complt. and served by:
U.S. Marshal ( )    Pltf's Attorney ( )

with Petition attached & mailed certified mail
to: US Atty Gen   ( )   PA Atty Gen ( )
    DA of County  ( )   Respondents ( )

MARY E. D'ANDREA, Clerk

DATE: 10/24/01                BY: Km
                                  Deputy Clerk