1:01CV1064

(9)

KM
10/25/01

```
Fri Sep 28 14:34:07 2001

    UNITED STATES DISTRICT COURT

    SCRANTON       , PA

Receipt No.   333 85342
Cashier       tanya

Check Number:  67961

D0 Code    Div No
 4667       3

Sub Acct Type Tender      Amount
1:5100PL  AR    2          90.00
2:0869PL  AR    2          50.18

Total Amount       $      140.18

SCI RETREAT 660 STATE RT 11 HUNLOCK
CREEK, PA 18621

PARTIAL FILING FEE PHAN HUE 01-CV-10
64
```

**FILED**
**SCRANTON**

**SEP 28 2001**

cn

Fri Sep 28 14:34:07 2001
PER _____
Check No. 67961  DEPUTY CLERK
Amount$ 140.18
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667