UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHAN HUE, | CIVIL NO. **1:01-CV-1064** |
| Plaintiff | (Judge Kane) |
| v. | (Magistrate Judge Smyser) |
| JAMES UPDIKE, JOSEPH MATALONI, EDWARD O'BRIAN and DALE HAZLAK, | |
| Defendants | |

FILED
HARRISBURG, PA
DEC 1 7 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

### ORDER

Pursuant to the Administrative Order issued August 1, 2001, **IT IS ORDERED** that the plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to serve plaintiff's complaint in accordance with Fed.R.Civ.P. 4. The defendants are requested to waive service pursuant to Rule 4(d).[1]

J. Andrew Smyser
Magistrate Judge

Dated: December _17_, 2001.

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 17, 2001

Re:  1:01-cv-01064    Hue v. Updike

True and correct copies of the attached were mailed by the clerk to the following:

Phan Hue
SCI-RETREAT
DY-0577
660 State Route 11
Hunlock Creek, PA  18621

```
cc:
Judge                          (/)           ( ) Pro Se Law Clerk
Magistrate Judge               (/)           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 (/) with N/C attached to complt. and served by:
                                   U.S. Marshal (/)   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )  PA Atty Gen  ( )
                                        DA of County  ( )  Respondents  ( )
Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____12/18/01_____         BY: _____
                                     Deputy Clerk