# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAN HUE | : | CIVIL ACTION |
| V. | : | NO.: 1:01-CV-1064 |
| JAMES UPDIKE, P.A., JOSEPH MATALONI, EDWARD O'BRIAN and DALE HAZLAK | : : | (Judge Kane) Magistrate Judge Smyser |



## ENTRY OF APPEARANCE AND JURY TRIAL DEMAND

TO THE CLERK OF COURT:

Please enter my appearance on behalf of defendant, James Updike, P.A., in connection with the above-captioned matter.

A jury trial is hereby demanded.

GOLD, BUTKOVITZ & ROBINS, P.C.

BY: _____
ALAN S. GOLD
Attorney for Defendant,
James Updike, P.A.
Atty. Id No. 23400
7837 Old York Road
Elkins Park, PA 19027
(215)635-2000