

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
PHAN HUE,                       :    CIVIL NO. 1:CV-01-1064
                                :
           Plaintiff            :    (Judge Kane)
                                :
      v.                        :    (Magistrate Judge Smyser)
                                :
JAMES UPDIKE, P.A.,             :         FILED
JOSEPH MATALONI,                :      HARRISBURG, PA
EDWARD O'BRIAN and              :
DALE HAZLAK,                    :       MAR 06 2002
                                :
           Defendants           :    MARY E. D'ANDREA, CLERK
                                     Per _____
                                            Deputy Clerk
```

CASE MANAGEMENT ORDER

The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on June 15, 2001. On January 24, 2002, defendants Mataloni, O'Brien and Hazlak filed an entry of appearance. On February 25, 2002, defendant Updike filed an entry of appearance. The following case management deadlines govern this case.

1. **Discovery Deadline**. All discovery shall be planned and commenced so as to be completed by **August 5, 2002**.

2. **Discovery Limitations.** In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty five (25); the maximum number of document production requests per side shall be twenty five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

3. **Discovery-Related Motions**. Any discovery-related motion shall be filed on or before **August 12, 2002**. Because the plaintiff is proceeding *pro se* and is in custody, compliance with Local Rule 26.3, Rules of Court, M.D. Pa., is not required in this case.

4. **Dispositive Motions.** Any dispositive motion shall be filed, as well as the supporting brief, on or before **October 7, 2002**.

5. **Consent.** On or before **July 5, 2002**, counsel for the defendants shall file either a consent form, signed by all counsel and the plaintiff, consenting to proceed under 28 U.S.C. § 636(c) before a magistrate judge, or a statement that there is not mutual consent to have a magistrate judge serve as the judge of the case.

      The court will, in the absence of good cause, adhere to the schedule hereby established. Extensions of the discovery period and of the deadline for filing dispositive motions will be granted only when good cause is shown and a motion is timely made.

                                                        _____
                                                        J. Andrew Smyser
                                                        Magistrate Judge

Dated:   March __6__, 2002.