

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAN HUE, | : | CIVIL NO. **1:01-CV-1064** |
| Plaintiff | : | (Judge Kane) |
| v. | : | (Magistrate Judge Smyser) |
| JAMES UPDIKE, | : | **FILED** |
| JOSEPH MATALONI, | : | HARRISBURG, PA |
| EDWARD O'BRIAN and | : | MAR 1 4 2002 |
| DALE HAZLAK, | : | MARY E. D'ANDREA, CLERK |
| Defendants | : | Per _____ Deputy Clerk |

### ORDER

AND NOW, this 14th day of March, 2002, **IT IS HEREBY ORDERED** that the plaintiff's motion (Doc. 21) for an enlargement of time to file a brief in opposition to the defendants' motions to dismiss is **GRANTED**. The plaintiff shall file his brief(s) in opposition on or before March 21, 2002. The plaintiff may file one brief in opposition to both motions to dismiss or he may file a brief in opposition to each motion to dismiss.

J. Andrew Smyser
Magistrate Judge

Dated: March 14, 2002.