

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAN HUE | : | CIVIL ACTION |
| V. | : | NO.: 1:01-CV-1064 |
| JAMES UPDIKE, P.A., JOSEPH MATALONI, EDWARD O'BRIAN and DALE HAZLAK | : : | (Judge Kane) Magistrate Judge Smyser) |

FILED
HARRISBURG, PA
APR 10 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

EXHIBITS OF JAMES UPDYKE, P.A. IN SUPPORT OF HIS ANSWER
AND BRIEF IN OPPOSITION TO PHAN HUE'S MOTION FOR
<u>A MEDICAL EVALUATION</u>

**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COPY

DY-0577
(Inmate Number)

Phon Hue
(Name of Plaintiff)

660 State Route 11
(Address of Plaintiff)

Hunlock Creek, Pa. 18621

1: CV01-1064
(Case Number)

vs.

James Updike; Joseph Mataloni; Edward O'Brian; Dale Hozlok
(Names of Defendants) In their Individual & official Capacities.

COMPLAINT FILED
SCRANTON
JUN 1 5 2001
PER _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   N.A.

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      ✓ Yes ___ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ✓ Yes ___ No
      If your answer is no, explain why not   N.A.

   C. Is the grievance process completed? ✓ Yes ___ No

EXHIBIT "A"

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position the second blank, and his/her place of employment in the third blank. Use Item B for the name positions and places of employment of any additional defendants.)

A. Defendant James Updike _____ is employed as Physician's Asst. at S.C.I. Retreat;

B. Additional defendants Joseph Matoloni is the Chief Health Care Administrator at S.C.I. Retreat; Edward O'Brian is the Culinary manager at S.C.I. Retreat; Dale [Cont.]

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. On Feb. 26th, 2000, while working in the kitchen area, I had an accident which seriously injured my shoulder & knocked out teeth;

2. I was taken to the outside Hospital where the Emergency room Physician informed me that I would need to see a bone specialist & prescribed medication;

3. Subsequent to my return to the institution, defendant Updike discontinued my medication; Confiscated my shoulder restraint & refused [Cont.]

2

III: B: Additional defendants Cont.:

   Hazlak is unit manager at S.C.I. Retreat.

IV. (3) Statement of claim Cont.:

   to schedule me to see the bone specialist; defendant Matoloni was apprised of my inability to use my arm or move my shoulder & he acquiesced to the continuation of denying me the prescribed medication, the continued denial of my shoulder/arm restraint-harness, the continued refusal to honor the outside doctor's referral to a bone specialist & when defendant O'Brian & defendant Hazlak were adamant about not letting me off of work, concurred

2 (A)

IV. (3) statement of claim Cont.:

with their forcing me to work because they feared I was going to sue over the conditions of the workplace hence the subsequent injury.

defendant O'Brian would not recognize my injury thus my inability to work & used all his official pressure to see (1) that my injury was not recognized, (2) that I be made to work.

defendant Horlak retaliated against me by seeing that I was punished for refusal to work based upon my contentions of the 8th Cruel & Unusual Punishment violations & my attempts to get the prescribed medical attention.

2(a)

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite n cases or statutes.)

1. repair of my medical maladies resultant from the work accident, expungement of the misconduct from my record simply for fighting for my Constitutional Rights.

2. monetary compensation (awarded by a jury) commensurate with the physical & psychological pain/duress suffered to date.

3. Punitive damages in the amount of $10,100.10 from each defendant so that they do not put another individual through the same trauma.

Signed this ___12___ day of ___June___, 2001.

(Signature of Plaintiff) _____

I declare under penalty of perjury that the foregoing is true and correct.

___6-12-2001___
(Date)                                  (Signature of Plaintiff) _____

3