IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAN HUE | : | No. 1:CV-01-1064 |
| Plaintiff | : | |
| | : | |
| VS. | : | (Judge Kane) |
| | : | |
| J. UPDIKE, P.A., J. MATALONI | : | (MAGISTRATE JUDGE SMYSER) |
| E. O'BRIEN, D. HAZLAK | : | |
| Defendants | : | |

MOTION FOR ENLARGEMENT OF TIME TO
COMPLY WITH INTERROGATORIES BY THE
DEFENDANT'S AND THEIR ATTORNEYS

1.) Plaintiff is with out full discovery R. 26(a) to make a meaningful answers by the requested interrogatories. See 33.2 F.R.L.P.
2.) The plaintiff is pro se and has no access to medical reports. Discovery was done by another inmate, "Anthony Rish", and I am leaving on April 17, 2002.
3.) The information required by defendant's will help to adequately state each answer correct as possible.
4.) There are four defendants in this matter and two separate attorney,s from different firms.
5.) Mr. Hue has but only a 3.6 grade average reading level in english and has requested counsel. F.C.R.P. §1915(d). He only speaks vietnamese and very poor english and writing skills. But not in his own language. The reply needs to be filed by May 1, 2002.

The plaintiff prays that this court does grant the **ENLARGEMENT OF TIME** to present all of interrogatories accurate with compliance of Local Rules.

_____          Dated: 4-25-02
Phan Hue   DY-0577
660 State Route 11
Hunlock Creek, PA   18621