IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHAN HUE** | : | CIVIL ACTION NO. 1:CV-01-1064 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | **FILED** |
| **JAMES UPDIKE, P.A., JOSEPH** | : | **HARRISBURG** |
| **MATALONI, EDWARD O'BRIEN** | : | |
| **and DALE HAZLAK** | : | MAY - 9 2002 |
| | : | |
| **Defendants** | : | MARY E. D'ANDREA, CLERK |
| | | Per_____ |
| | | DEPUTY CLERK |

O R D E R

Before the court in the captioned action is a April 15, 2002 report of the magistrate judge recommending that the pending motions to dismiss be denied and that the case be remanded to the magistrate judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Smyser.

2) The motions to dismiss (Doc. Nos. 14 and 17) are **DENIED.** The case is hereby **REMANDED** to Magistrate Judge Smyser.

                                    _____
                                    YVETTE KANE
                                    United States District Judge

Dated: May 8, 2002.