ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
HARRISBURG, PA

JUN 0 4 2002

MARY E. D'ANDREA, C
Per _____
Deputy Clerk

| | | |
|---|---|---|
| PHAN HUE, Pro Se | ) | CIVIL ACTION-LAW |
|     Plaintiff | ) | |
| vs. | ) | NO#1:CV-01-1064 |
| JAMES UPDIKE, P.A., JOSEPH | ) | (JUDGE YVETTE KANE) |
| MATALONI, EDWARD O'BRIEN, | ) | (MAGISTRATE SMYSER) |
| DALE HAZLAK; | ) | |
|     Defendant's | ) | **JURY TRIAL DEMANDED** |

MOTION TO STAY PROCESS PENDING
ASSIGNMENT OF APPOINTED COUNSEL TO ASSIST
FOR PREPARATION OF INTERROGATORIES AND TO
ASSIST FOR PREPARATION OF TRIAL

TO THE HONORABLE THE JUDGE AND JUDGES OF SAID COURT:

COMES NOW, Plaintiff, Phan Hue, and respectfully hereby, moves this Court in this connexion for the Stay of Process and Abatement of all process pending the Appointment of Counsel to assist for Interrogatories, Discovery and preparation for trial by jury and/or Summary Judgment stages, and respectfully avers in support hereof:

1. That, Plaintiff, Phan Hue is an adult male individual incarcerated at the locale of SCI Retreat, #660 State Route 11 Hunlock Creek, Pa., 18621-9580.

2. That, Plaintiff presently was assisted by two prior inmate(s) commonly known as "Jailhouse Lawyers" and both inmate's have either left on parole or been released from confinement.

3. That, Plaintiff lacks command of the English Lingua and speaks little to none of spoken broken English." Thus your Plaintiff has already proven to this Court he has no education in America, has not graduated from school, speaks vietnameese language, has no type of knowledge of the law or the requirements to partake in such a concept.

4. That, Plaintiff based upon his language handicapp, lack of reading, writing, and/or understanding of our language simply does not have the ability to answer or respond with any intelligent answer's as to what the defendant's request prior to the Appointment of a Counsel." Moreoverly, the defendant's have already requested of this Court to dismiss said matter & said Court has denied the defendant's motion and ruled in the favor of this inmate to have stated "<u>prima facie</u>" of a cause of action under 42 U.S.C.§1983, Civil Rights Act of 1871 and 12 (B)6).

5. That, Plaintiff requested of your Honorable Court to accord him appointment of Counsel, and said request was examined and further granted upon the plaintiff's carefully tailored handicapps." Up to present the plaintiff has yet to receive any Counsel and further his prior assistant's have left him. Absent of abatement of this matter pending the assignment of Counsel would deny this plaintiff of a fair and impartial process. Moreoverly, would be to put the cart before the preverbial horse, a would also be to reverse the Constitutions." Said inmate simply can not continue to rely upon inmate's based upon their is a unstable relationship and the defendant's have a habit of retaliating against jailhouse lawyers." For example see Richard <u>Carter vs. Dragovich, Klem, Capt. Grady</u> of SCI Monahoy, U.S. DISTRICT COURT, EASTERN DISTRICT "LEXIS" 2001." As in this action the inmate's who do help Phan Hue receive reprimand, warnings and taking of legal papers." Clearly this violates Johnson vs.Avery,__U.S.__,Sct.___ and the First Amendment, 14th Amendment based upon Hues language handicapps."

6. That, said request for abatement until Counsel is warranted
and in the interest of justice. For the convienence of this
Court it is respectfully requested of your Honor to simply
Appoint Samuel C.Stretton, Esq. of 301 South High Street,
West Chester, Pennsylvania, who is a licensed Counsel with
the United States and Pennsylvania Bar Association."

7. That, annexed hereto is a true and correct copy of Plaintiff's
letter to this Court on the request to answer interrogatories of
the Defendant's." Further to compel the plaintiff to answer any
of said questions will require the defendant's to procure the
services of a interperator to answer of such absent of any
Counsel." Further to compel a inmate in such a position to
try and answer of such would deny the fair administration of
justice in said matter and thereby, cause a impartial process.

8. That, Plaintiff is requesting abatement of said process until
Counsel is provided. Surely the defendant's sole intention to
compel answers is to take advantage of this inmate and manipulate
his cause of action to be dismissed and continue to deprive him
of medical treatment and surgeory." Surely, the defendant's have
a bilateral contract and failure to accord the treatment voids
said contract and warrants relief to this inmate for the total
violations of his third party beneficiary rights. For these reasons
we ask this Court to abate this matter and appoint Samuel Stretton
or in alternative issue a Injunction/T.R.O. which will allow John
Doe #1 to continue to assist this Plaintiff with said matter absent
of retaliations, bad parole recommendations, or imposing of any
misconducts and prohibiting of taking of legal papers."

9. That, said request is to serve the Constitutional Mandates to
be accorded to inmate/plaintiff, Phan Hue."

10. That, Plaintiff further avers the defendant's not only
are in violation of his rights given by the Constitutions;
They are also in violation of the Contractual Agreement of
Prison Health Care Services and all parties thereto who
entered that contrat to provide Phan Hue medical treatment
under the States Obligation. Also the defendant's are of
course in violation of the Pennsylvania Administrative
Codes of Title 37 and its contents on issue's raised in
this litigation."

11. That, Plaintff is sure that this Court understands the
defendant's are clearly trying to manipulate this situation
on his vietnameese handicapps." Further, prior to any type
of Appointed Counsel to appear and to compel Phan Hue to
answer the defendant's interrogatories would clearly be an
abuse of discretion based upon Hue doesn't have intelligence
to answer them on his own based on his handicapps." Moreoverly,
the Plaintiff needs his Discovery, just like the Defendant's
do to properly prepare and answer the questions in the interrogatories
Absent of such would be able to be used at crucial adjudications again
the plaintiff for impeachment purposes." In the event this Court does
not warrant this abatement motion and 30 day extension to resolve the
discovery disputes, the defendant reserves the right to amend his
interrogatories and any answers of jailhouse barrister's for Phan Hue
should not be able to be used against Phan Hue at the time of trial."
Further based on these disputes between parties summary judgments
should be denied and this case scheduled for a trial by jury. The
evidence, affidavits, testimony of witnesses, interrogatories and
discovery is for a jury to decide at the time of trial to make its
conclusions and decisions."
WHEREFORE, Plaintiff, Phan HUe respectfully moves this Court to
entitle him Counsel as set forth and place this matter in abatement
until Counsel is of appearance of said matter, with a immediate stay
of all motions, process, answering of interrogatories and/or any other
disputed issues through Orders."                    Respectfully Submitted,

                                                    Phan Hue, by and through

Needs Abatement and Translator/Counsel              his interperator.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHAN HUE, Pro Se        )  CIVIL ACTION-LAW
       Plaintiff      )
vs.                 )  NO#1:CV-01-1064
                   )
JAMES UPDIKE, P.A., JOSEPH  )  JUDGE YVETTE KANE
MATALONI, EDWARD O'BRIEN,  )  JUDGE SMYSER
DALE HAZLAK;         )  <u>AFFIDAVIT</u>
       Defendant's

COMMONWEALTH OF PENNSYLVANIA)
                     :ss:
COUNTY OF LUZERNE      )

    I "John Doe"(A/K/A), being duly sworn, deposes and says: I am a inmate held incarcerated at the locale of SCI Retreat at the address of #660, State Route 11, Hunlock Creek, Pa., 18621-9580. I presently am assisting inmate Phan Hue listed as the Plaintiff in the within matter.

    I am familiar with the facts and circumstances surrounding this cause of action by reason of my independant investigation, interviews held with the Plaintiff and other person(s) who are familiar with the events described in the Complaint, as well as my review of the relevant law and papers filed in this matter.

    The Plaintiff, Phan Hue is seeking relief in the instant cause at issue and other relief for damages, injury, counsel and what ever else this Court deems to be just, proper and appropriate upon a trial by jury." This affidavit is submitted in support of the various forms of relief requested herein all of which are material and necessary to the prosecution of plaintiff's cause.

Exhibit "B"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

████████,

       Plaintiff,

       v.

JAMES UPDIKE, JOSEPH
MATALONI, EDWARD O'BRIEN,
DALE HAZLAK

       Defendants.

Civil Action No.  1:-CV-01-1064

(Judge Yvette Kane)

(Magistrate Judge Smyser)


JURY TRIAL DEMANDED

## CORRECTIONS DEFENDANTS'
## INTERROGATORIES TO PLAINTIFF

The Corrections Defendants, by and through their undersigned attorney, propound these Interrogatories to the Plaintiff pursuant to Federal Rule of Civil Procedure 33, and Pa.MDLR 33.1 through 33.3.  Plaintiff is required to answer these Interrogatories in writing under oath, based upon all information available to him and to his attorneys, agents, or representatives.  Plaintiff is also required to serve answers to these Interrogatories within thirty (30) days after service thereof, and to supplement his answers, when necessary, in accordance with Federal Rule of Civil Procedure 26(e) and PaMDLR 33.2.

## **INSTRUCTIONS**

A.    The words "you" or "your" when used herein refer to all Plaintiff(s), their agents, servants and/or employees.

B.    "Identify" when used herein with respect to an individual means to state: (1) the person's full name and present or last know address; and (2) the person's position, employer and employer's address at the time of the events referred to in the Interrogatory.

C.    "Identify" when used herein with respect to an entity other than an individual (e.g. a corporation, partnership, unincorporated association, governmental agency, etc.), or a division or subdivision thereof, means to state the full name and present or last known address of the entity, and, if applicable, the full name and present or last known address of the entity's division or subdivision.

D.    "Document" when used herein means any record, including any object containing written, printed, or magnetically recorded information, a graphic or photographic representation, or sound.  "Document" includes the original or any copy of any statement, report, letter, memorandum, book, article, note, blueprint, drawing, sketch, photograph, motion picture, videotape, sound recording.  "Document" also includes any card, disc, tape, printout or any other article designed for use with a computer or other word or data processing system.

E.    "Identify" when used herein with respect to a document means to state: (1) the nature of the document (i.e., whether it is a statement, report, etc.); (2) the title of the document, or, if the document has no title, a description of the document; (3) the identity of the person or persons who prepared the document; (4) the identity of the person or persons for whom the document was prepared or to whom the document was directed; (5) the date the document was prepared; and, (6) the identity of the present custodian of the document or any copy of the document.

F.    When the word "incident" is used in these Interrogatories it is to refer to those occurrences alleged in Plaintiff's Amended Complaint.

2

G.    When the word "Corrections Defendants" is used in these Interrogatories it references to the Department of Corrections employees named as defendants in the Complaint and or Amended Complaint.

1.    State the name and address of each school, college, or educational institution
      you have attended listing the dates of attendance, the courses of study and
      any degrees or certificates received.

      ANSWER:    Tôi sẽ trả Lời trong tòa và

      tôi cần người thông dịch, Với Luật sư của

tôi có mặt ở trong tòa.

2.    Have you ever been a party to a lawsuit other than the present one?  If so, for each lawsuit state the name of the suit; what your status was therein; the kind of suit involved; the court in which it was filed and the docket number; the date it was filed; whether there was a trial; and the ultimate disposition of the case.

ANSWER:    tôi sẽ trả lời trong toà và tôi cần người thông dịch, với Luật sư của tôi có mặt ở trong toà.

3.      Have you or anyone acting on your behalf obtained from any person any statement concerning the matters you aver in the Complaint? If so, state: (a) the name and last known address of each person; (b) when, where and by whom and to whom each statement was made, and whether it was reduced to writing or otherwise recorded; (c) state the name and address of any person who has custody of any such statements that were reduced to writing or otherwise recorded; and (d) please consider this a request to provide those statements referred to in the above answer.

ANSWER:    Tôi sẽ trả lời trong toà và tôi cần người thông dịch, với Luật sư của tôi có mặt ở trong toà.

6

4.    Have you given any statement concerning this action or its subject matter?
If so, state:  (a) the name and the last known address of each person to whom
a statement was given; (b) when and where each statement was given; and
(c) please consider this a request to produce any and all statements in the
above answer.

ANSWER:    Tôi sẽ trả lời trong tòa

và tôi cần người thông dịch, với luật sư

của tôi có mặt ở trong tòa.

7

5.    Have you filed any grievances relating to the matters you aver in your
      Complaint?  If so, state a) date of grievance; b) who grievance addressed to;
      c) response received; d) if an appeal was filed; e) response(s) to appeal(s);
      and f) please consider this a request to provide copies of those grievances
      and responses thereto referred to in the above answer.

ANSWER:   Tôi sẽ trả lời trong toà và tôi
cần người thông dịch, với Luật sư của tôi có mặt
ở trong toà.

8

6.    Please state the names, home addresses, business addresses (if any) and job classification of all persons whom you intend to call as non-expert witnesses on your behalf at the trial of this case.

ANSWER:    Tôi sẽ trả lời trong toà và tôi cần người thông dịch, với Luật sư của tôi có mặt trong toà.

7.  If you know of any person believed or understood by you to have any knowledge of your health care and medical condition(s), <u>not affiliated with the Department of Corrections</u>, during the time period that is subject of this action, identify each person including his/her name, present or last known address, telephone number, and his/her location during the time period in question.

ANSWER: Tôi sẽ trả lời trong toà và tôi cần người thông dịch, với luật sư của tôi có mặt trong toà.

8.  State the date(s) and event(s) when you feel you received misconduct reports by the Department of Corrections Defendants as a direct result of pursuing action on the claims alleged in your Complaint.  Please include copies of those misconduct report referred to in response to the above question.

ANSWER: Tôi sẽ trả lời trong toà và tôi cần người thông dịch, với luật sư của tôi có mặt trong toà.

9.  Identify anyone you have received information from that the Corrections Defendants were deliberately indifferent or negligent in attending and treating your medical needs including the qualification of that person, description of the information received, the date the information was received, a description of the facts upon which the information was based, whether a record was made of the information, and if so the name and address of the person who has such record, and provide a copy of the record.

ANSWER: Tôi sẽ trả lời trong tòa và tôi cần người thông dịch, với luật sư của tôi có mặt trong tòa.

10. Identify each injury (medical, physical and/or psychological) you claim to have suffered as a result of the alleged deliberate indifference of the Corrections Defendants to your medical needs including: (a) its nature, extent, and how it was caused; and (b) the date it was caused.

ANSWER: Tôi sẽ trả lời trong tòa và tôi cầu người thông dịch, và luật sư của tôi có mặt trong tòa.

13

11.    If it is your contention that the Corrections Defendant Mataloni violated
       your Eighth Amendment rights involving cruel and unusual punishment,
       please:  (a) identify the facts supporting your contention; (b) identify any
       documents containing facts supporting your contention; (c) identify each
       individual who has knowledge of a fact supporting that contention; (d)
       identify each individual who will testify to the facts supporting that
       contention; and (e) provide a summary of the substance of the testimony of
       each individual identified in (d) above.

       ANSWER: Tôi sẽ trả lời trong toà và tôi cần người thông dịch, với Luật sư của tôi có mặt trong toà.

12. If it is your contention that the Corrections Defendant O'Brien violated your Eighth Amendment rights involving cruel and unusual punishment, please: (a) identify the facts supporting your contention; (b) identify any documents containing facts supporting your contention; (c) identify each individual who has knowledge of a fact supporting that contention; (d) identify each individual who will testify to the facts supporting that contention; and (e) provide a summary of the substance of the testimony of each individual identified in (d) above.

ANSWER: Tôi sẽ trả lời trong toà và tôi cần người thông dịch, với luật sư của tôi có mặt trong toà.

13. If it is your contention that the Corrections Defendant Hazlak violated your Eighth Amendment rights involving cruel and unusual punishment, please: (a) identify the facts supporting your contention; (b) identify any documents containing facts supporting your contention; (c) identify each individual who has knowledge of a fact supporting that contention; (d) identify each individual who will testify to the facts supporting that contention; and (e) provide a summary of the substance of the testimony of each individual identified in (d) above.

ANSWER: Tôi sẽ trả lời trong toà và tôi cần người thông dịch, với luật sư của tôi có mặt ở trong toà.

16

14. If it is your contention that any Corrections Defendants violated your Fourteenth Amendment rights involving due process concerns, please: (a) identify the individual(s) involved; (b) identify the facts supporting your contention; (c) identify any documents containing facts supporting your contention; (d) identify each individual who has knowledge of a fact supporting that contention; (e) identify each individual who will testify to the facts supporting that contention; and (f) provide a summary of the substance of the testimony of each individual identified in (e) above.

ANSWER: Tôi sẽ trả lời trong tòa và tôi cần người thông dịch, rồi luật sư của tôi có mặt trong tòa.

15.    State the name, address, and telephone number of any and all persons who
       prepared or assisted in the preparation of answers to these Interrogatories.


ANSWER: Tôi sẽ trả lời trong toà và tôi
cần người thông dịch, với Luật sư của
tôi có mặt ở trong toà.


Office of General Counsel

by _Marsha M.Davis_
    Marsha M. Davis
    Assistant Counsel
    Attorney Id. No. 28018
    Pennsylvania Department of Corrections
    55 Utley Drive
    Camp Hill, PA  17011
    (717) 731-0444


Dated:  April 1, 2002