*CE: pll attach*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAN HUE | : | CIVIL ACTION |
| V. | : | NO.: 1:01-CV-1064 |
| JAMES UPDIKE, P.A., JOSEPH MATALONI, EDWARD O'BRIAN and DALE HAZLAK | : : | (Judge Kane) Magistrate Judge Smyser) |

## ORDER

*(Doc. 49)*

AND NOW, this 19TH day of June , 2002, it is hereby ORDERED that the Motion of

James Updyke, P.A. to Compel the Deposition of Phan Hue is GRANTED and the Warden of

S.C.I. Retreat is directed to produce Phan Hue at a date convenient to the Warden, counsel for

James Updyke, P.A. and counsel for codefendants for a deposition in the above-captioned case at

the S.C.I. Retreat within thirty (30) days from the date of this order.

_____
UNITED STATES DISTRICT JUDGE
*MAGISTRATE*

FILED
HARRISBURG, PA

JUN 1 9 2002

MARY E. D'ANDREA, CLERK
Per _____