


**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
**OFFICE OF CHIEF COUNSEL**
**55 UTLEY DRIVE**
**CAMP HILL, PENNSYLVANIA 17011**
**(717) 731-0444**

July 19, 2002

Phan Hue DY 0577
SCI-Retreat
660 State Route 11
Hunlock Creek PA  18621

**FILED**
HARRISBURG, PA

JUL 2 3 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Re:   Phan Hue v. James Updike, et al.
      Civil No. 01-CV-1064

Dear Mr Hue:

Enclosed find correction sent to me by the Deputy Clerk of the Middle District Court.

Apparently, you filed these copies with your Brief in Opposition to Summary Judgment. Therefore, they are being returned to you with the Courts letter.

Very truly yours,

Marsha M. Davis
Marsha M. Davis
Assistant Counsel

MMD/mj
Enclosure
cc:   Virginia Gilmore, Deputy Clerk
      File



OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
### for the
### MIDDLE DISTRICT of PENNSYLVANIA

*U.S. Courthouse*
*228 Walnut Street, RM. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

MARY. E. D'ANDREA
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

RE: 1:CV-01-1064

Dear Counselor:

    Please be advised that Local Rule 5.4 of the Middle District of Pennsylvania directs that discovery material shall not be filed with the Court unless on order of the court or for use in the proceeding, or pursuant to subsection (c), (d), or (e) of that rule. This rule is applicable to all documents relating to discovery including certificates of service.

    Enclosed are the documents relating to discovery which were recently received by the U.S. District Court, Middle District of Pennsylvania. These documents are to be kept with the discovery material and in the custody of the party responsible for the originals, per Local Rule 5.4.

    If the documents relating to discovery are to be filed in accordance with Local Rule 5.4, please return them with a verification to that effect.

    Thank you for your cooperation in this matter.

Sincerely,
MARY E. D'ANDREA, CLERK

By: *Virginia Gilmore*
Deputy Clerk