

*Judge's Copy*

## Federal Bar Association

**Middle District of Pennsylvania Chapter**

*President*
David R. Fine
Kirkpatrick & Lockhart LLP
240 North Third Street
Harrisburg, Pa. 17101
(717) 231-5820
(717) 231-4501 (fax)
dfine@kl.com (e-mail)

*President-Elect*
J. Michael Wiley
Executive Plaza
330 Pine Street
Williamsport, Pa. 17701
(570) 321-0735
(570) 321-0785 (fax)
jmwileyesq@aol.com (e-mail)

*Vice President*
Joseph G. Ferguson
Rosenn, Jenkins & Greenwald, LLP
120 Wyoming Avenue
Scranton, Pa. 18503
(570) 341-5600
(570) 347-9883 (fax)
jgf@rjglaw.com (e-mail)

*Secretary & CLE Chair*
Bridget E. Montgomery
Eckert, Seamans, Cherin & Mellott, LLC
213 Market Street
P.O. Box 1248
Harrisburg, Pa. 17108
(717) 237-6054
(717) 237-6019 (fax)
bxm@escm.com (e-mail)

*Treasurer*
Malcolm L. MacGregor
Foley, McLane, Foley, McDonald & MacGregor
600 Linden Street
P.O. Box 1108
Scranton, Pa. 18501
(570) 342-8194
(570) 342-4685 (fax)
mlm@foleylawfirm.com (e-mail)

*Immediate Past President & National Delegate*
Michael J. McDonald
Foley, McLane, Foley, McDonald & MacGregor
600 Linden Street
P.O. Box 1108
Scranton, Pa. 18501
(570) 342-8194
(570) 342-4658 (fax)
mjm@foleylawfirm.com (e-mail)

*Past Presidents' Advisory Committee*
Andrew H. Cline
Robert J. DeSousa
Malachy E. Mannion
James J. West
David C. Shipman

*Pro Bono Chair*
Charles W. Rubendall II
Keefer Wood Allen & Rahal, LLP
210 Walnut Street
P.O. Box 11963
Harrisburg, Pa. 17108-1963
(717) 255-8010
(717) 255-8050 (fax)
crubendall@keeferwood.com (e-mail)

*Young Lawyers Chair*
Anthony Potter
Powell, Trachtman, Logan, Carrle, Bowman & Lombardo P.C.
114 North Second Street
Harrisburg, Pa. 17101
(717) 238-9300
(717) 238-9325 (fax)
apotter@powelltrachtman.com (e-mail)

*Membership Chair*
Lori K. Serratelli
Serratelli Schiffman Brown & Calhoon, PC
2080 Linglestown Road
Harrisburg, Pa. 17110
(717) 540-9170
(717) 540-5481 (fax)
lserratelli@ssbc-law.com (e-mail)

August 13, 2002

**HAND-DELIVERED**

The Honorable J. Andrew Smyser
United States Magistrate Judge
Middle District of Pennsylvania
P. O. Box 827
Harrisburg, PA 17108-0827

FILED
HARRISBURG, PA
AUG 15 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Re: Hue v. Updike, et al.
    No. 1:01-CV-1064

Dear Judge Smyser:

I regret that our Chapter cannot provide a volunteer attorney for plaintiff. One of the major weaknesses of our program arises in claims of medical malpractice or failure to treat. Counsel are reluctant to undertake a case without knowing that the claim has medical validity. Panel attorneys are similarly unwilling to advance their own funds to obtain what can often be a rather expensive preliminary opinion from a medical practitioner.

If this case can be placed in suspense for some time, we may be able to assist. With assistance from the Chapter, Chief Judge Vanaskie has been in contact with the Pennsylvania Medical Society about providing physicians to perform initial examinations. If this program is up and running within the next few months, we may well be able to use it to have Mr. Hue examined, following which time our Chapter could possibly provide a panel attorney.

Please let me know if I can provide additional information. Moreover, thank you for allowing our firm to look for ways in which to assist the Court.

Respectfully yours,

Chip

Charles W. Rubendall II

CWRII/sg
cc: Michael J. McDonald, Esquire
    David R. Fine, FBA Chapter President