ORIGINAL

**FILED**
HARRISBURG, PA

AUG 2 2 2002

MARY E. D'ANDREA, CLERK
Per _____

(59)
8-23
Sc

U.S. District Court
Clerk of Courts Office
**#228, Walnut Street**
**P.O.Box 983, Harrisburg,**
**Pennsylvania, 17108**

August 19, 2002

Phan Hue
Id#DY-0577 A-Unit
SCI Retreat, #660
State Route 11
Hunlock Creek, Pa.
18621-9580

Re: PHAN HUE VS. JAMES UPDIKE, JOSEPH MATALONI, EDWARD O'BRIEN

AND DALE DALE HAZLAK

No# 1:01-CV-1064

Esteemed Sir/Madam:
The purpose of this legal correspondence is to apprise you of this
request to have a copy of this letter forwarded to the Administrator
of the Panel of Volunteer Attorney's for the Courts May 17, 2002
Order for Appointment of Counsel in this cause of action."

PLEASE TAKE NOTICE, the U.S. Magistrate Judge, Andrew Smyser, Granted
the Plaintiff's request for Counsel under 28 U.S.C.§1915(e)(1) and
§3006(a)(g). It is respectfully requested as the interperator for the
Plaintiff, Phan Hue that a true and correct copy of this be served
upon Mr.Rubendall.

Presently, the Plaintiff needs Counsel to assist him this matter
based upon his language handicapp, lack of education and protocol
set forth under the Tabron vs.Grace ,6 F3d 147(3rd Cir.1993),matter."
Mr. Hue is a native of Vietnam and thereby, hopes to have Counsel to
represent his best interest's and ability to provide help to prove
his claims and relief demanded."

In conclusion, Phan Hue is presently "only" being assisted by a
jailhouse barrister." To protect Hue's rights in the interests to
serve justice, due process and equal protections of our Constitution
this request is essental."

Perhaps this Court could contact, Wendy Hess, Angus Love, Samuel C.St
-ton, or someone who is Vietnameese or Bilingual."

Sincerely Yours,

Phan Hue/Interperator(John Doe)