ORIGINAL

FILED
HARRISBURG, PA
SEP 0 4 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAN HUE, | : | |
| Plaintiff, | : | Civil No. 01-CV-1064 |
| v. | : | (Judge Kane) |
| JAMES UPDIKE, et al., | : | (Magistrate Judge Smyser) ✓ |
| Defendants. | : | |

## STATEMENT OF POSITION PER COURT'S ORDER DATED AUGUST 21, 2002

AND NOW comes Marsha M. Davis, counsel for the Corrections Defendants, who respond to the court's order of August 21, 2002 as follows:

1. Your Order dated August 21, 2002, directed the parties to file a statement of their position on whether or not the case should be stayed. The stay, as I understand it, is for the purpose of allowing Chief Judge Vanaskie to conduct inquires with the Pennsylvania Medical Society and the Pro Bono Chair of the Federal Bar Association regarding a program to have panel physicians perform

initial examinations in these type of cases. The goal is said to be to take the guesswork out of whether or not to give inmates appointed counsel.

2.   The Corrections Defendants have no objection to the stay for the purpose of seeking counsel for Mr. Phan Hue. We would request that a reasonable period of time be established, to ensure the protection of the due process rights of all parties involved.

3.   The Department of Corrections believes its medical care is more than adequate and meets the community standard of care.

4.   In the event the Court does order a stay in this case, we would request the Court enter an order clearly staying all other proceedings in this case. In addition, we request the Court to indicate that a subsequent case management order will follow. This will make the courts intentions clear to all parties as well as allow us another opportunity to prepare dispositive motions and pre-trial applications, when necessary.

Respectfully submitted,
Office of General Counsel

*Marsha M. Davis*
Marsha M. Davis
Assistant Counsel
Attorney I.D. No. 28018
Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated: September 4, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHAN HUE, | : |
| Plaintiff, | : Civil No. 01-CV-1064 |
| v. | : (Judge Kane) |
| JAMES UPDIKE, et al., | : (Magistrate Judge Smyser) |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of Defendants' Motion for Summary Judgment in the above-referenced matter.

Service by first-class mail addressed as follows:

Phan Hue, DY 0577
SCI-Retreat
660 State Route 11
Hunlock Creek, Pa. 18621

Alan Gold, Esquire
Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA  19027

Marilyn Jones
Clerk Typist 2

Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated:  September 4, 2002