63
9/9/02
vy

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHAN HUE,                              :        CIVIL NO. **1:CV-01-1064**
                                       :
                Plaintiff              :        (Judge Kane)
                                       :
        v.                             :        (Magistrate Judge Smyser)
                                       :
JAMES UPDIKE, P.A.,                    :
JOSEPH MATALONI,                       :
EDWARD O'BRIAN and                     :
DALE HAZLAK,                           :        **FILED**
                                       :        HARRISBURG, PA
                Defendants             :
                                                SEP 0 9 2002

                                                MARY E. D'ANDREA, CLERK
                                                Per _____
                                                         Deputy Clerk

                                **ORDER**

        **IT IS ORDERED** that this case is stayed until

November 1, 2002, pursuant to the Order of August 21, 2002, to

permit inquiries to be made into the availability of counsel to

represent the plaintiff.  The Clerk is directed to send a copy

of this Order to Mr. Rubendall.  Mr. Rubendall is requested to

notify the court as soon as possible whether counsel can be

located.

                                        _____
                                        J. Andrew Smyser
                                        Magistrate Judge

Dated:   September  _9_ , 2002.