

*copy to ct*

(67)

# Federal Bar Association

**Middle District of Pennsylvania Chapter**

*President*
David R. Fine
Kirkpatrick & Lockhart LLP
240 North Third Street
Harrisburg, Pa. 17101
(717) 231-5820
(717) 231-4501 (fax)
dfine@kl.com (e-mail)

*President-Elect*
J. Michael Wiley
Executive Plaza
330 Pine Street
Williamsport, Pa. 17701
(570) 321-0235
(570) 321-0785 (fax)
jmwileyesq@aol.com (e-mail)

*Vice President*
Joseph G. Ferguson
Rosenn, Jenkins & Greenwald, LLP
120 Wyoming Avenue
Scranton, Pa. 18503
(570) 341-5600
(570) 347-9883 (fax)
jgf@rjglaw.com (e-mail)

*Secretary & CLE Chair*
Bridget E. Montgomery
Eckert, Seamans, Cherin & Mellott, LLC
213 Market Street
P.O. Box 1248
Harrisburg, Pa. 17108
(717) 237-6054
(717) 237-6019 (fax)
bxm@escm.com (e-mail)

*Treasurer*
Malcolm L. MacGregor
Foley, McLane, Foley, McDonald & MacGregor
600 Linden Street
P.O. Box 1108
Scranton, Pa. 18501
(570) 342-8194
(570) 342-4685 (fax)
mlm@foleylawfirm.com (e-mail)

*Immediate Past President & National Delegate*
Michael J. McDonald
Foley, McLane, Foley, McDonald & MacGregor
600 Linden Street
P.O. Box 1108
Scranton, Pa. 18501
(570) 342-8194
(570) 342-4658 (fax)
mjm@foleylawfirm.com (e-mail)

*Past Presidents' Advisory Committee*
Andrew H. Cline
Robert J. DeSousa
Malachy E. Mannion
James J. West
David C. Shipman

November 25, 2002

The Honorable J. Andrew Smyser
United States Magistrate Judge
Middle District of Pennsylvania
P. O. Box 827
Harrisburg, PA  17108-0827

    Re:  Hue v. Updike, et al.
         No. 1:01-CV-1064

Dear Judge Smyser:

    The Pennsylvania Medical Society has advised me that an orthopedic surgeon in northeastern Pennsylvania has indicated a willingness to assist us with this case. What is your suggestion for the best way to get a complete set of pertinent medical records into the hands of this physician? Please let me hear from you at your early convenience, and best personal regards.

                Respectfully yours,

                Charles W. Rubendall II

CWRII/sg
cc:  J. Michael Wiley, FBA Chapter President

*Pro Bono Chair*
Charles W. Rubendall II
Keefer Wood Allen & Rahal, LLP
210 Walnut Street
P.O. Box 11963
Harrisburg, Pa. 17108-1963
(717) 255-8010
(717) 255-8050 (fax)
crubendall@keeferwood.com (e-mail)

*Young Lawyers Chair*
Anthony Potter
Powell, Trachtman, Logan, Carrle, Bowman & Lombardo P.C.
114 North Second Street
Harrisburg, Pa. 17101
(717) 238-9300
(717) 238-9325 (fax)
apotter@powelltrachtman.com (e-mail)

*Membership Chair*
Lori K. Serratelli
Serratelli Schiffman Brown & Calhoun, PC
2080 Linglestown Road
Harrisburg, Pa. 17110
(717) 540-9170
(717) 540-5481 (fax)
lserratelli@ssbc-law.com (e-mail)