cc: J Kane; M J Smyser; Attorneys Davis + Gold + Mr. Hue. Copy of cmpl. Order

(71)
2/7/03

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHAN HUE,                                :    CIVIL NO. 1:CV-01-1064
                                         :
           Plaintiff                     :    (Judge Kane)
                                         :
     v.                                  :    (Magistrate Judge Smyser)
                                         :
JAMES UPDIKE, P.A.,                      :
JOSEPH MATALONI,                         :
EDWARD O'BRIAN and                       :    FILED
DALE HAZLAK,                             :    HARRISBURG, PA
                                         :
           Defendants                    :    FEB 07 2003

                                              MARY E. D'ANDREA, CLERK
                                              Per _____
                                                       Deputy Clerk

                        **ORDER**

**IT IS ORDERED** that Shawn P. Hennigan, M.D. is appointed as special master to the Court. Dr. Hennigan shall provide a written report to the court to assist the court in deciding whether, based upon the materials reviewed by Dr. Hennigan, there is reason to believe that the plaintiff has or had a serious medical condition as alleged in the complaint and the question whether there is reason to believe that any of the defendants was indifferent to the plaintiff's serious medical condition. It is requested that Dr. Hennigan report to the court within a reasonable period of time, no more than sixty (60) days.

AO 72A
(Rev. 8/82)

Following the submission of Dr. Hennigan's report to the court, he shall have no further involvement with this litigation under any circumstances.

Dated: February 7, 2003.

                                                          J. Andrew Smyser
                                                         Magistrate Judge

AO 72A
(Rev. 8/82)