

**Middle District of Pennsylvania Chapter**

*President*
J. Michael Wiley
Executive Plaza
330 Pine Street
Williamsport, PA 17701
570.321.0735
570.321.0785 (fax)
jmwileyesq@aol.com

*President-Elect*
Joseph G. Ferguson
Rosenn, Jenkins & Greenwald, LLP
120 Wyoming Avenue
Scranton, PA 18503
570.341.5600
570.341.9883 (fax)
jferguson@rjglaw.com

*Vice President and CLE Chair*
Bridget E. Montgomery
Eckert, Seamans, Cherin & Mellott, LLC
213 Market Street
P.O. Box 1248
Harrisburg, PA 17108
717.237.6054
717.237.6019 (fax)
bxm@escm.com

*Secretary*
J. David Smith
McCormick Law Firm
835 West Fourth Street
Williamsport, PA 17701
570.326.5131
570.326.5529 (fax)
jsmith@mcclaw.com

*Treasurer*
Malcolm MacGregor
Foley, McLane, Foley, McDonald & MacGregor
600 Linden Street
P.O. Box 1108
Scranton, PA 18501
570.342.8194
570.342.4658 (fax)

*Immediate Past President and National Delegate*
David R. Fine
Kirkpatrick & Lockhart LLP
240 North Third Street
Harrisburg, PA 17101
717.231.5820
717.231.4501 (fax)
dfine@kl.com

February 10, 2003

FILED
HARRISBURG, PA
FEB 12 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Shawn P. Hennigan, M.D.
231 Northern Boulevard
Clarks Summit, PA 18411

Re: Hue v. Updike
    U.S.D.C. for M.D. of PA
    No. 1:01-CV-1064 (M.J. Smyser)

Dear Dr. Hennigan:

Following up on Judge Smyser's letter to you of February 7, I am now forwarding the medical records concerning Phan Hue that the Department of Corrections has provided to me. Please let me know if you have any questions.

Again, thank you for undertaking this volunteer assignment.

Sincerely yours,

Charles W. Rubendall II

CWRII/sg
Enclosures
cc: The Honorable J. Andrew Smyser (w/o encls.)

*Pro Bono Chair*
Charles W. Rubendall II
Keefer, Wood, Allen & Rahal, LLP
210 Walnut Street
P.O. Box 11963
Harrisburg, PA 17108
717.255.8010
717.255.8003 (fax)
crubendall@keeferwood.com

*Young Lawyers Chair*
Anthony S. Potter
Powell, Trachtman, Logan, Carrle, Bowman & Lombardo P.C.
114 North Second Street
Harrisburg, PA 17101
717.238.9300
717.238.9325 (fax)
apotter@powelltrachtman.com

*Membership Chair*
Lori K. Serratelli
Serratelli, Schiffman, Brown & Calhoon, P.C.
2080 Linglestown Road
Harrisburg, PA 17110
717.540.9170
717.540.5481 (fax)
lserratelli@ssbc-law.com