# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAN HUE, | : | |
| | : | |
| Plaintiff, | : | Civil No. 01-CV-1064 |
| | : | |
| v. | : | (Judge Yvette Kane) |
| | : | |
| JAMES UPDIKE, et al., | : | (Magistrate Judge, J. Andrew Smyser) |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, This _____ day of April 2003, the Corrections Defendants Motion to file a Motion for Summary Judgment on the Facts, is GRANTED. Plaintiff is given 60 days from the date of this Order to file his response to said Motion for Summary Judgment on the Facts.

BY THE COURT:

_____
J. Andrew Smyser
Magistrate Judge

Date: