**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PHAN HUE, | : | |
| | : | |
| Plaintiff, | : | Civil No. 01-CV-1064 |
| | : | |
| v. | : | (Judge Yvette Kane) |
| | : | |
| JAMES UPDIKE, et al., | : | (Magistrate Judge, J. Andrew Smyser) |
| | : | |
| Defendants. | : | Filed Via Electronic Case Filing |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE FACTS

Defendants, by and through their counsel, Marsha M. Davis of the Office of Chief Counsel, Pennsylvania Department of Corrections, hereby move this Court pursuant to Fed.R.C.P. 56, to recommend that their summary judgment motion be granted and that judgment be entered in their favor and against the Plaintiff based upon the Exhibits appended to this motion and for the reasons set forth in the supporting brief.

**WHEREFORE**, the Defendants' request that the Court recommend that their Motion for Summary Judgment on the Facts be granted and that judgment be entered in favor of these Defendant's and against the Plaintiff and that the Court is further requested to grant such other relief as may be necessary, just, and appropriate under the circumstances.

          Respectfully submitted,

          Office of General Counsel

BY: <u>s/ Marsha Mills Davis</u>
     Marsha M. Davis
     Assistant Counsel
     Attorney I.D. No. 28018
     Pennsylvania Department of Corrections

     Office of Chief Counsel
     55 Utley Drive
     Camp Hill Pennsylvania 17011
     (717) 731-0444

Dated: April 11, 2003

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAN HUE, | : | |
| | : | |
|    Plaintiff, | : | Civil No. 01-CV-1064 |
| | : | |
|    v. | : | (Judge Yvette Kane) |
| | : | |
| JAMES UPDIKE, et al., | : | (Magistrate Judge, J. Andrew Smyser) |

|  |  |
|---|---|
| Defendants. | : <br> : |

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of Corrections Defendants' Motion for Summary Judgment on the Facts in the above-referenced matter.

<u>Service by first-class mail<br>addressed as follows</u>:

Phan Hue, DY 0577 only)
SCI-Mahoney
301 Morea Road
Frackville PA  17932

Alan Gold, Esquire (Sent Via ECF

Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA  19027

<u>s/ Marilyn Wright</u>
Marilyn Wright
Clerk Typist 2

Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444
Dated:  April 11, 2003