## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHAN HUE,                              :
                                       :
    Plaintiff,                 :        Civil No. 01-CV-1064
                                       :
    v.                         :        (Judge Yvette Kane)
                                       :
JAMES UPDIKE, et al.,                  :        (Magistrate Judge, J. Andrew Smyser)
                                       :
    Defendants.                :

## <u>ORDER</u>

        AND NOW, this        day of   April 2003, the Motion for

Summary Judgment is GRANTED as to all Corrections Defendants.


        BY THE COURT:


        _____
        J. Andrew Smyser
        Magistrate Judge


Date:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHAN HUE,                               :
                                        :
    Plaintiff,                      :        Civil No. 01-CV-1064
                                        :
    v.                              :        (Judge Yvette Kane)
                                        :
JAMES UPDIKE, et al.,                   :        (Magistrate Judge, J. Andrew Smyser)
                                        :
    Defendants.                     :

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and

correct copy of Defendants' Motion for Summary Judgment on the Facts in

the above-referenced matter.

<u>Service by first-class mail
addressed as follows:</u>

Phan Hue, DY 0577                           Alan Gold, Esquire
SCI-Mahoney                                 Monaghan & Gold, P.C.
301 Morea Road                              7837 Old York Road
Frackville PA  17932                        Elkins Park, PA  19027


                                                              _____
                                                              Marilyn Jones
                                                              Clerk Typist 2

Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444
Dated: November, 2002