```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHAN HUE,                         :     CIVIL NO. 1:01-CV-1064
                                  :
          Plaintiff               :     (Judge Kane)
                                  :
     v.                           :     (Magistrate Judge Smyser)
                                  :
JAMES UPDIKE,                     :
JOSEPH MATALONI,                  :
EDWARD O'BRIAN and                :
DALE HAZLAK,                      :
                                  :
          Defendants              :
```

**ORDER**

AND NOW, this 14th day of April, 2003, **IT IS HEREBY ORDERED** that the Corrections Defendants' motion (doc. 77) for leave to file an additional motion for summary judgment is **GRANTED**. The motion for summary judgment filed on April 11, 2003 is deemed timely filed. The plaintiff shall file a response to the defendants' statement of material facts, a brief and any summary judgment evidence he has in opposition to the motion on or before May 15, 2003.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: April 14, 2003.