```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


PHAN HUE,                         :    CIVIL NO. 1:01-CV-1064
                                  :
          Plaintiff               :    (Judge Kane)
                                  :
     v.                           :    (Magistrate Judge Smyser)
                                  :
JAMES UPDIKE,                     :
JOSEPH MATALONI,                  :
EDWARD O'BRIAN and                :
DALE HAZLAK,                      :
                                  :
          Defendants              :
```

**ORDER**

AND NOW, this 6th day of June, 2003, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 55) to compel is **DEEMED WITHDRAWN** based on the plaintiff's failure to file a brief in support as required by Local Rule 7.5.

                                        **/s/ J. Andrew Smyser**
                                        J. Andrew Smyser
                                        Magistrate Judge

Dated: June 6, 2003.