01 CV 1064

RE: PHAN HUE DY0577
         PLAINTIFF
     VS.
MATILONE, UPDIKE, O'BRIEN
         DEFENDANT.
HAZLACK.

TO THE CLERKS OFFICE IN THE MIDDLE DISTRICT.

THIS CASE INVOLVES A §1983 CIVIL ACTION WHICH AN ATTORNEY WAS TO BE APPOINTED. PLUS ALL OTHER MOTIONS WERE RESOLVED IN FAVOR OF THE PLAINTIFF. PLUS OTHERS WERE COMPLY WITH. 26C. RULE. FEDERAL PROCEDURE "DISCOVERY", RULE 33 ~~INTERR~~ INTERROGATORIES, AND A MOTION FOR APPOINTMENT OF COUNSEL. THE PLAINTIFF IS ONLY FLUENT IN VIETNAMESE LANGUAGE. PLUS THE DEFENDANTS LOST THEIR 12.6. MOTION FOR EARLY SUMMARY JUDGMENT.

THIS CASE WAS FOWARDED FOR TRIAL TWO YEARS AGO PLUS COUNSEL WAS NEVER SUPPLIED.

PLEASE SEND ME STATUS OF MY CASE.

PHAN DID NOT WRITE THIS LETTER. I DON'T HAVE THE CASE NO. FOR HIS CIVIL ACTION

9-22-03

PHAN HUE  DY0577
S.C.I MAHANOY
301 MOREA ROAD
FRACKVILLE PA. PA 17932-0001

Name JAMES SMITH
Number AM 4415
660 State Route 11
Hunlock Creek, PA 18621-9580
INMATE MAIL
PA DEPT. OF CORRECTIONS

[postmark: HUNLOCK CK, PA, SEP 22 '03, $0.37]

LOOK UP

UNITED STATES DISTRICT COURT
235 NORTH WASHINGTON AVE
P.O. BOX 1148
SCRANTON PA. 18501-1148