IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHAN HUE                                    :          CIVIL ACTION

     V.                                   :          NO.: 1:01-CV-1064

JAMES UPDIKE, P.A., JOSEPH           :
MATALONI, EDWARD O'BRIAN                        (Judge Kane)
and DALE HAZLAK                          :          Magistrate Judge Smyser)

<u>ORDER</u>

       AND NOW, this        day of              , 2004, it is hereby ORDERED that the Motion

of Plaintiff, Phan Hue, for Relief from Judgment pursuant to Rule 60(b), be and is hereby

DENIED.


_____
UNITED STATES DISTRICT JUDGE