IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHAN HUE** | : | CIVIL ACTION NO. 1:CV-01-1064 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | |
| **JAMES UPDIKE,** | : | |
| **JOSEPH MATALONI,** | : | |
| **EDWARD O'BRIAN and** | : | |
| **DALE HAZLAK** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this 22nd day of September, 2004, **IT IS HEREBY ORDERED THAT**

Defendant's request for leave to file supplement response (Doc. No. 91) is **GRANTED**.

          S/ Yvette Kane
          YVETTE KANE
          United States District Judge